UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AARON DEIVAPRAKASH, individually and :
on behalf of all others similarly situated., :
:
Plaintiff, : 24-CV-6503 (VSB)
:
-against- : **ORDER**
:
CONDÉ NAST DIGITAL, :
Defendants. :
--------------------------------------------------------- :
:
:
X

VERNON S. BRODERICK, United States District Judge:

On December 2, 2024, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. 24.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). Accordingly, it is hereby:

ORDERED that Defendant Condé Nast Digital shall file a letter within seven (7) days deciding whether its motion to dismiss should be deemed moot without prejudice to file an answer or refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated: December 3, 2024
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge